**STATE of Missouri, Respondent,**

v.

**Michael WATSON, Appellant.**

**No. 50805.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 12, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Denied
Sept. 24, 1986.

Michael Watson, pro se.

Dennis J. Kehm, Pros. Atty., Hillsboro, for respondent.

#### ORDER

PER CURIAM.

Respondent files a motion to dismiss an appeal by the defendant from a denial of a motion to reinstate criminal prosecution. Defendant was convicted of failing to register a motor vehicle in violation of § 301.020, RSMo 1978. He was successful on appeal and, on remand, the cause was dismissed. Defendant now seeks to have the prosecution reinstated. An extended opinion would be of no precedential value. The

motion to dismiss is granted in accordance with Rule 30.25(b).